**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18757 |
| | § | |
| ROGER M. KENNEDY | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,225.00 | Assets Exempt: | $7,166.00 |
| Total Distributions to Claimants: | $4,517.42 | Claims Discharged Without Payment: | $40,889.62 |
| Total Expenses of Administration: | $1,359.44 | | |

3) Total gross receipts of $5,876.86 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,876.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,359.44 | $1,359.44 | $1,359.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,557.00 | $14,050.04 | $14,050.04 | $4,517.42 |
| **Total Disbursements** | $45,557.00 | $15,409.48 | $15,409.48 | $5,876.86 |

   4). This case was originally filed under chapter 7 on 05/02/2013. The case was pending for 20 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 01/08/2015        By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1.5% of aunts estate | 1129-000 | $5,876.86 |
| **TOTAL GROSS RECEIPTS** | | **$5,876.86** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,337.69 | $1,337.69 | $1,337.69 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.92 | $2.92 | $2.92 |
| Green Bank | 2600-000 | NA | $18.83 | $18.83 | $18.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,359.44 | $1,359.44 | $1,359.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $14,200.00 | $14,050.04 | $14,050.04 | $4,517.42 |
| | Bank of America | 7100-000 | $7,677.00 | $0.00 | $0.00 | $0.00 |
| | Citi Cards | 7100-000 | $12,720.00 | $0.00 | $0.00 | $0.00 |
| | PNC Bank | 7100-000 | $10,345.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Sears Gold MasterCard | 7100-000 | $615.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $45,557.00 | $14,050.04 | $14,050.04 | $4,517.42 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 13-18757-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KENNEDY, ROGER M. | Date Filed (f) or Converted (c): | 05/02/2013 (f) |
| For the Period Ending: | 1/8/2015 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Glenmore Avenue W3683 Cottage in Lake Geneva 1/18 interest | $1,666.00 | $0.00 | | $0.00 | FA |
| 2 | First Chicago Bank And Trust Personal Checking Account | $400.00 | $0.00 | | $0.00 | FA |
| 3 | First Chicago Bank and Trust Business Checking Account | $500.00 | $0.00 | | $0.00 | FA |
| 4 | ING Savings Account | $75.00 | $0.00 | | $0.00 | FA |
| 5 | Bed, laptop and computer | $750.00 | $725.00 | | $0.00 | FA |
| 6 | Men's clothes, shoes and coats | $200.00 | $0.00 | | $0.00 | FA |
| 7 | $8000 owed by former friend | Unknown | $0.00 | | $0.00 | FA |
| 8 | Account receivable for remodeling work | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 9 | $800.00 owed for vitamins | Unknown | $0.00 | | $0.00 | FA |
| 10 | 1.5% of aunts estate | Unknown | $0.00 | | $5,876.86 | FA |
| 11 | 2002 Chevrolet Van / 180,000 miles | $1,300.00 | $0.00 | | $0.00 | FA |
| 12 | Carpenter, plumbing and Electrical tools | $3,000.00 | $0.00 | | $0.00 | FA |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**

$9,391.00    $2,225.00         $5,876.86    $0.00

**Major Activities affecting case closing:**

| 12/27/2014 | TFR approved - distribution made, TDR to be done. |
| 08/28/2014 | TFR submitted to UST for review and approval |
| 08/20/2014 | TFR completed for Trustee's review. |
| 05/17/2014 | Received funds |
| 04/17/2014 | Demand letter sent to Mary Francis Hegarty, Executor of Aunts estate for turnover of inheritance. |
| 10/31/2013 | Demand letter made upon Mary Francis Hegarty, Attorney and Executor of Madeline Roche, Debtor's Aunt |
| 10/03/2013 | |
| | Scott Foster, 1212 W. Sherwin Avenue, Chicago, IL 60626 owes Roger Kennedy $8,000.00. |
| | Aunt, Madeline Roche, 4103 W. Glenlake Avenue, Chicago, IL 60646 |
| | Attorney Mary Frances Hegarty Executor of his aunt estate |
| | 301 W. Touhy Avenue |
| | Park Ridge, IL 60068 |

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-18757-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KENNEDY, ROGER M. | Date Filed (f) or Converted (c): | 05/02/2013 (f) |
| For the Period Ending: | 1/8/2015 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 02/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

06/25/2013   At the 341 meeting the Debtor disclosed that a former friend owed him $8,000.00 for remodeling work. The debtor also indicated that aunt passed away a year ago and that he was entitled to an inheritance of approximately $3,000.00.

The trustee is requesting names and addresses of the individuals as well as documentation and/or information pertaining to aunt's probate estate.

The 341 meeting was continued to July 18, 2013 at 4:00 p.m.

May need to collect on account receivable and send demand letter

Possible 12-15k estate if we can collect on the accounts receivable.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/25/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 10/15/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 13-18757-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** KENNEDY, ROGER M. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** **-***6500 | **Checking Acct #:** | ******5701 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 5/2/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 1/8/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/23/2014 | (10) | Hegart Kowols & Assoc | Portion from Madeline Roche Trust DTD 4/1/2008 | 1129-000 | $5,493.16 | | $5,493.16 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.71 | $5,491.45 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $5,483.17 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $5,474.33 |
| 10/13/2014 | (10) | Hergarty Kowols & Associates, P.C. | Portion from Madeline Roche Trust DTD 4/1/2008 | 1129-000 | $383.70 | | $5,858.03 |
| 12/08/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,337.69 | $4,520.34 |
| 12/08/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.92 | $4,517.42 |
| 12/08/2014 | 3003 | eCAST Settlement Corporation, assignee of | Claim #: 1; Amount Claimed: 14,050.04; Amount Allowed: 14,050.04; Distribution Dividend: 32.15; | 7100-900 | | $4,517.42 | $0.00 |
| | | | **TOTALS:** | | $5,876.86 | $5,876.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,876.86 | $5,876.86 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,876.86 | $5,876.86 | |

**For the period of 5/2/2013 to 1/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,876.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,876.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,876.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,876.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/23/2014 to 1/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,876.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,876.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,876.86 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,876.86 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-18757-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KENNEDY, ROGER M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6500 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/2/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,876.86 | $5,876.86 | $0.00 |

| For the period of 5/2/2013 to 1/8/2015 | | For the entire history of the case between 05/02/2013 to 1/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,876.86 | Total Compensable Receipts: | $5,876.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,876.86 | Total Comp/Non Comp Receipts: | $5,876.86 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,876.86 | Total Compensable Disbursements: | $5,876.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,876.86 | Total Comp/Non Comp Disbursements: | $5,876.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |